FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 07 2009
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD MANFREDONIA,

JUDGMENT
08-CV- 1678 (SLT)

                              Plaintiff,

  -against-

SECURITIES AND EXCHANGE COMMMISSION
OF THE UNITED STATES, DEPARTMENT OF
JUSTICE OF THE UNITED STATES and
FEDERAL BUREAU OF INVESTIGATION,

                            Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 3, 2009, granting defendants' motion to dismiss; and dismissing all of plaintiff's FOIA claim with prejudice; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion to dismiss is granted; and that all of plaintiff's FOIA claims are dismissed with prejudice.

Dated: Brooklyn, New York
        December 04, 2009

                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court